# Court of Appeals
# of the State of Georgia

ATLANTA,  July 02, 2025

*The Court of Appeals hereby passes the following order:*

## A25D0435. ARNOLD SMITH v. MARY HUGHES-SMITH.

On February 6, 2025, the superior court entered a final judgment and decree of divorce dissolving the marriage of Arnold Smith and Mary Hughes-Smith, dividing the couple's marital assets, and awarding Hughes-Smith attorney fees pursuant to OCGA § 9-15-14. Smith filed a direct appeal, which we dismissed. See Case No. A25A1736 (June 2, 2025). He also filed the instant application for discretionary review on June 10, 2025. We, however, lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of the entry of the order to be appealed. OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Because Smith filed his application 124 days after entry of the trial court's order, it is untimely. We thus lack jurisdiction to consider this application, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta,  07/02/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.